AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Roosevelt Dixie III<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:18 mj 656 <br>SHARON L. OVINGTON |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8/16/2018__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 and 841 (b)(l)(C)& (D) | conspiracy to possess with intent to distribute marijuana, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:
See Attached Affidavit of Brad Dorman

☑ Continued on the attached sheet.

_____
Complainant's signature

Brad Dorman, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-24-18

_____
Judge's signature

City and state: Dayton, Ohio

Sharon L. Ovington, US Magistrate
*Printed name and title*

ATTACHMENT "A"

AFFIDAVIT

I, Brad M. Dorman, Postal Inspector, being duly sworn, do hereby depose and state as follows:

1. I am a United States Postal Inspector, having been so employed since August 2017. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service with investigative responsibility for southeast Indiana, and southern Ohio. Your Affiant completed United States Postal Inspection Service Basic Training in August 2017. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, I have worked since August 2017 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

2. I am charged with the duty of enforcing among other Titles, Title 18 and Title 21 of the United States Code, together with other assigned duties as imposed by federal law. This Affidavit is submitted in support of a criminal complaint, and seeks the issuance of an arrest warrant against, Roosevelt Dixie III, for violations of 21 U.S.C. § 846 and 841 (b)(l)(C)&(D) (conspiracy to possess with intent to distribute marijuana, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance). The information contained in this Affidavit is largely based upon an investigation conducted by your Affiant and other law enforcement officers. All of the details of the investigation are not included in this Affidavit, rather only information necessary to establish probable cause of the above-described violations.

# FACTS

## FACTS SUPPORTING PROBABLE CAUSE

1. On or about August 14, 2018, I intercepted a Priority Mail Package (hereafter referred to as "the Package") at the Trotwood Post Office (34 Beardsley Road, Dayton, Ohio 45426). The Package was addressed to Tiara Thompson, 4290 Drowfield Drive, Dayton, Ohio 45426 with a return address of Durene Sanders, 415 South Maricopa Street, Burbank, California 91506. The Package weighed 46 pounds 2.6 ounces and was postmarked August 11, 2018. The Package is further identified as Priority Mail Package, bearing Tracking Number 9505514247168223193214. Through my training and experience, I have learned of certain characteristics indicative of other U.S. Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, the addressee is not known to receive mail at the listed delivery address, the parcel is heavily taped, the parcel is mailed to/from a known drug source location, labeling information contains misspellings, labeling information contains fictitious names, the label contains an illegible waiver signature, unusual odors emanating from the parcel, and the listed address is located in an area of known or suspected drug activity.

2. On August 14, 2018, I queried 4290 Drowfield Drive, Dayton, Ohio 45426, the address listed on the Package, in the Consolidated Lead Evaluation and Reporting (CLEAR) database

system. CLEAR is a public record data investigative platform available exclusively to law enforcement and other government investigators about people and businesses. CLEAR indicated that Tiara Thompson is not associated with 4290 Drowfield Drive, Dayton, Ohio 45426.

3. On August 14, 2018, I queried 415 South Maricopa Street, Burbank, California 91506 the sender's information on the Package. CLEAR indicated that Durene Sanders is not associated with 415 South Maricopa Street, Burbank, California 91506. Also according to an internet search and CLEAR 415 South Maricopa Street, Burbank, California 91506 is not a valid address.

4. On August 14, 2018, I obtained a federal search warrant which was then executed on the Package. Upon opening the Package, I removed a metal file cabinet which was wrapped with shrink wrap. Inside the file cabinet were two large bundles that were wrapped with shrink wrap and dryer sheets. The first bundle weighed approximately 8 pounds 8.3 ounces and the second bundle weighed approximately 12 pounds 14 ounces. Each bundle contained a green leafy substance. A field test on the substance was performed with a positive result for marijuana, a Schedule I controlled substance.

5. On August 16, 2018, at approximately 1:00pm, the Package was delivered to 4290 Drowfield Drive, Dayton, Ohio 45426, by a United States Postal Inspector acting as a United States Letter Carrier in an undercover capacity. A State Warrant was obtained to place a GPS Tracking device, and a Merlin Light/Motion device. A State Anticipatory Search Warrant was also obtained for 4290 Drowfield Drive, Dayton, Ohio 45426, to be executed if the

Package was taken in to the residence. There was no answer at the door of the residence and the Package was placed on the front porch. After approximately 26 minutes, a black Cadillac CTS (bearing Ohio License Plate GZR9609) arrived and a black male, later identified as Roosevelt DIXIE III, exited the vehicle, retrieved the Package, placed the Package into the garage, returned to the vehicle, and left the area. These events were witnessed by law enforcement personnel acting in an undercover capacity.

6. On August 16, 2018, at approximately 2:50pm, DIXIE III returned to 4290 Drowfield Drive, Dayton, Ohio 45426. The garage to the residence opened, then DIXIE III pulled the vehicle into the garage, and closed the garage door. Approximately 30 minutes later, a grey Honda Crosstour (bearing Ohio License Plate GWK9784) backed into the driveway of 4290 Drowfield Drive, Dayton, Ohio 45426. A black male exited the vehicle and entered the residence through the front door.

7. On August 16, 2018, at approximately 3:35pm, Agents with the Montgomery County Sheriff's Office RANGE Task Force began to execute the State Anticipatory Search Warrant at 4290 Drowfield Drive, Dayton, Ohio 45426. As Agents were announcing their presence, two black males fled on foot from the rear of the residence. One black male suspect was apprehended and DIXIE III was able to elude law enforcement.

8. A search of 4290 Drowfield Drive, Dayton, Ohio 45426 revealed the original marijuana delivered by law enforcement, additional marijuana, five plastic bags each containing approximately one ounce of a white powdery substance that field tested positive for cocaine, an AR-15 rifle with extended magazine and a MAC-10 machine pistol.

9. The subject who fled law enforcement was identified as Roosevelt DIXIE III by law enforcement personnel. Several pieces of US Mail and miscellaneous paperwork were found inside 4290 Drowfield Drive, Dayton, Ohio, 45426 addressed to or bearing the name Roosevelt DIXIE III. Also inside the Cadillac CTS that was parked inside the garage at 4290 Drowfield Drive, Dayton, Ohio, 45426 there was a piece of US Mail with addressee being Roosevelt DIXIE III. Law enforcement personnel acting in an undercover capacity also confirmed that DIXIE III, was the suspect driving the Cadillac CTS that arrived at 4290 Drowfield Drive, Dayton, OH 45426.

10. The suspect that was taken in to custody was identified as Jarel Devon SMITH. SMITH was advised of his Miranda Rights and interviewed by an Agent of the Montgomery County Sheriff's Office RANGE Task Force. SMITH stated the individual that fled, was his friend and the owner of 4290 Drowfield Drive, Dayton, OH 45426.

11. Based on the facts set forth in the Affidavit, your Affiant believes that there is probable cause to issue a criminal complaint and arrest warrant against Roosevelt DIXIE III of 21 U.S.C. § 846 and 841 (b)(l)(C)&(D) (conspiracy to possess with intent to distribute marijuana, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance).

Brad M. Dorman, Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me on 24th September, 2018.

Honorable Sharon L. Ovington
United States Magistrate Judge